IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AVADEN LANDMARK, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>PROVADO, INC.,<br><br>    Defendant. | **8:22CV396**<br><br>**ORDER** |

On December 1, 2022, Plaintiff filed a notice that attorney Andrew J. Becker accepted service of the Complaint and Summons on behalf of Defendant. (Filing No. 8).

Accordingly,

IT IS ORDERED:

1) Defendant's deadline to answer or respond to Plaintiff's complaint is December 23, 2022.

2) Defendant's answer or response must be signed by an attorney. A corporate defendant cannot be represented in our court without counsel, and defendant's counsel must be authorized to practice in our court either by admission to the bar for the United States Court for the District of Nebraska or by an approved pro hac vice motion for admission for this specific case.

3) The Clerk shall mail a copy of this order to Andrew J. Becker at the following address:

  Andrew J. Becker
  Merbaum & Becker, P.C.
  5755 North Point Parkway, Suite 284
  Alpharetta, GA 30022

Dated this 2nd day of December, 2022.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge