IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AVADEN LANDMARK, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PROVADO, INC.,<br><br>Defendant. | 8:22CV396<br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

IT IS ORDERED:

1) On or before **December 6, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 22nd day of November, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge